**Entered on Docket**
**September 15, 2009**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

*Lodged*

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

HSBC Bank USA, National Association, as Trustee for FBR Securitization Trust 2005-3
08-74580

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK-N-08-50994-mkn |
| Edward Rebello and June A. Rebello | Date: 6/16/09<br>Time: 10:00 am |
| | Chapter 13 |
| Debtors. | |

<u>**ORDER VACATING AUTOMATIC STAY**</u>

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

///

1 | above-entitled bankruptcy proceedings is granted as to the subject property described as 50 N.

2 | Tropicana Circle, Sparks, NV 89436.

3 | DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

*R. Salot* #10235
_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Michael Lehners for
**Jeffrey E. Heath**
435 Court Street
Reno, NV 89501
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**William Van Meter**
P.O. Box 6630
Reno, NV 89513
Chapter 13 Trustee

1  ALTERNATIVE METHOD RE: LOCAL RULE 9021:

2  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

3  ____ The court waived the requirements of LR 9021.

4  ____ No parties appeared or filed written objections, and there is no trustee appointed in the case

5  _x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any

6  unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has

7  approved or disapproved the order, or failed to respond, as indicated below (list each party and whether

8  the party has approved, disapproved, or failed to respond to the document):

9  (List Parties)

10  Debtor's counsel:

11  _X__ approved the form of this order          ____ disapproved the form of this order

12  ____ waived the right to review the order and/or   ____ failed to respond to the document

13  ____ appeared at the hearing, waived the right to review the order

14  ____ Opposition filed and withdrawn by Debtor's counsel

15  Trustee:

16  ____ approved the form of this order          ____ disapproved the form of this order

17  _X__ waived the right to review the order and/or    *See attached email*    ____ failed to respond to the document

18  Other Party:_____

19  ____ approved the form of this order          ____ disapproved the form of this order

20  ____ waived the right to review the order and/or   ____ failed to respond to the document

21

22  Submitted by:
23  /s/ Gregory L. Wilde, Esq.

24  Gregory L. Wilde, Esq.

25  Attorney for Secured Creditor

26

# Gena Gipson

| | |
|---|---|
| From: | Mary [c13ecf@nvbell.net] |
| Sent: | Tuesday, August 04, 2009 3:35 PM |
| To: | 'Gena Gipson' |
| Subject: | RE: Second Request: Rebello / 08-74580 / 08-50994-mkn chapter 13 |

PLEASE SUBMIT WITHOUT MR. VAN METER'S SIGNATURE.

-----Original Message-----
From: Gena Gipson [mailto:ggipson@wildelaw.com]
Sent: Tuesday, August 04, 2009 1:02 PM
To: 'Mary'
Cc: 'Christina L. Watkins'; jmiller@wildelaw.com; 'Sarah Schoppmann'
Subject: Second Request: Rebello / 08-74580 / 08-50994-mkn chapter 13


Please find attached order for your review and signature. Mr. Lehners has signed off, we would like to lodge this as soon as possible. <<...>>


Thank you.

Gena Gipson
Senior Paralegal/Supervisor
Wilde & Associates
208 S. Jones Blvd.
Las Vegas, NV 89107
T: 702-258-8200 ext. 33
F: 702-258-8787
Email: ggipson@wildelaw.com


This electronic mail transmission contains information from the law firm of Wilde & Associates that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (702) 258-8200 or by electronic mail at ggipson@wildelaw.com


| | |
|---|---|
| From: | Gena Gipson [mailto:ggipson@wildelaw.com] |
| Sent: | Thursday, July 16, 2009 6:06 PM |
| To: | 'Mary' |
| Cc: | 'Christina L. Watkins'; 'Jamie Miller'; 'Sarah Schoppmann' |

Subject:     Rebello / 08-74580 / 08-50994-mkn chapter 13

Please find attached order for your review and signature.  Mr. Lehners has signed off, we would like to lodge this as soon as possible. <<...>>

Thank you.

Gena Gipson
Senior Paralegal/Supervisor
Wilde & Associates
208 S. Jones Blvd.
Las Vegas, NV  89107
T:  702-258-8200 ext. 33
F: 702-258-8787
Email: ggipson@wildelaw.com


This electronic mail transmission contains information from the law firm of Wilde & Associates  that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (702) 258-8200 or by electronic mail at ggipson@wildelaw.com

8/5/2009